UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00069 |
| | ) | JUDGE CAMPBELL |
| MIGUEL SANCHEZ BRITO | ) | |

ORDER

Pending before the Court is Defendant Miguel Sanchez Brito's Motion for Extension of Time to File Pretrial Motions (Docket No. 42). The Motion is DENIED without prejudice to being refiled indicating how much time is needed for filing pretrial motions.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE