UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00069 |
| | ) | JUDGE CAMPBELL |
| LUIS REYNALDO PARRA FLORES, et al. | ) | |

ORDER

Pending before the Court is an Unopposed Motion to Set Change of Plea Hearing (Docket No. 60). The Motion is GRANTED.

The Court will hold a change of plea hearing for Defendant Luis Reynaldo Parra Flores on July 1, 2013, at 3:00 p.m. Any proposed plea agreement shall be submitted to the Court by June 27, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE