UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00069 |
| | ) | JUDGE CAMPBELL |
| MANUEL RIVERA GARCIA | ) | |

ORDER

Pending before the Court is Defendant Manuel Rivera Garcia's Motion To Set Plea Hearing (Docket No. 63). The Motion is GRANTED. The Court will hold a change of plea hearing on July 8, 2013, at 1:00 p.m. The Defendant shall submit a proposed plea agreement, if any, to the Court on or before July 7, 2013.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE