UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00069 |
| | ) | JUDGE CAMPBELL |
| MIGUEL SANCHEZ BRITO and | ) | |
| CLAUDIO PILLADO-CABRERA | ) | |

## ORDER

The Court held a status conference on July 17, 2013.

The Court will hold a change of plea hearing for Defendant Brito on July 29, 2013, at 9:30 a.m. Any proposed plea agreement shall be submitted by July 25, 2013.

The Court will hold a change of plea hearing for Defendant Pillado-Cabrera on July 26, 2013, at 11:00 a.m. Any proposed plea agreement shall be submitted by July 25, 2013.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE