UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00069 |
| | ) | JUDGE CAMPBELL |
| WILLIAM COFFEE, JR. | ) | |

ORDER

Pending before the Court is Defendant's Motion to Reset Sentencing Hearing (Docket No. 128) currently scheduled for December 27, 2013. The Motion is GRANTED.

The sentencing hearing is RESCHEDULED for January 15, 2014, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE