UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00069 |
| | ) | JUDGE CAMPBELL |
| WILLIAM COFFEE, JR. | ) | |

ORDER

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 151) currently scheduled for January 15, 2014. The Motion is GRANTED.

The sentencing hearing is RESCHEDULED for January 30, 2014, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE